PROB 12B
(7/93)

Eastern District of Kentucky
FILED
OCT 07 2008 ld
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

# United States District Court

## for the

## Eastern District of Kentucky

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Travis Truett

Case Number 04-CR-69-DCR

Name of Sentencing Judicial Officer: Danny C. Reeves

Date of Original Sentence: September 26, 2006

Original Offense: Transfer of Obscene Matter to a Minor

Original Sentence: 30 months imprisonment, followed by three years of supervised release

Type of Supervision: Supervised Release

Date Supervision Commenced: October 15, 2007

---

### PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years.
[X] To modify the conditions of supervision as follows:

### CAUSE

It is requested that the following condition requiring the defendant to remain at least 500 feet away from the victim, victim's family, and or the victim's residence at all times (Special Condition No. 5) be amended to the following:

The defendant shall remain at least 500 feet away from the victim's residence and shall refrain from any direct and/or intentional contact with the victim and/or victim's family.

Respectfully submitted,

by ______________________
Scott Greiwe
U.S. Probation Officer
Date: 10/06/08

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

______________________
Signature of Judicial Officer

Date October 7, 2008.

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF KENTUCKY

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That Special Condition No. 5 be amended to the following:

The defendant shall remain at least 500 feet away from the victim's residence and shall refrain from any direct and/or intentional contact with the victim and/or victim's family.

Witness: [signature] U.S. Probation Officer

Signed: Travis Jewett Probationer or Supervised Releasee

10/6/08
DATE